STATE OF OREGON,
*Respondent,*

*v.*

GARY DEAN ELLIOTT,
*Appellant.*

(10-9405066C; CA A86138)

933 P2d 973

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Conviction for unlawful possession of a short-barreled shotgun reversed; otherwise affirmed; remanded for resentencing. *State v. Wrisley,* 138 Or App 344, 909 P2d 877 (1995), *rev allowed* 323 Or 690 (1996).